**Order filed March 26, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00073-CV

_____

## MARTEL  BLACK, Appellant

## V.

## LANDMARK INDUSTRIES HOLDINGS LTD., Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 321010151**

## O R D E R

No reporter's record has been filed in this case.  The official court reporter for the 151st District Court has informed this court that appellant has not requested the reporter's record be prepared or that the trial court has ordered that the record be prepared.

Accordingly, we order appellant to provide this court with proof that a request to prepare the reporter's record has been made **within 15 days** of the date of this order. See Tex. R. App. P. 37.3(c). Unless appellant provides this court with

proof that a request has been made, we may consider and decide those issues or points that do not require a reporter's record. *Id.*

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Jewell and Spain.